JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG SONG LIN, | Case No. 5:26-cv-00886-DOC-RAO |
| Petitioner, | |
| v. | JUDGMENT |
| KRISTI NOEM, *et al.*, | |
| Respondents. | |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241,

IT IS HEREBY ADJUDGED AND ORDERED that the Petition is granted consistent with the reasons and findings set forth in the Court's order granting temporary restraining order (Dkt. No. 14).

DATED: June 23, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE